BLUE v. CANELA

No. 376P00

Case below: 139 N.C.App. 191

Petition by defendants and unnamed intervenor (Atlantic Indemnity Co.) for discretionary review pursuant to G.S. 7A-31 denied 5 October 2000.

CHRISTENBURY SURGERY CTR. v.
N.C. DEP'T OF HEALTH & HUMAN SERVS.

No. 305PA00

Case below: 138 N.C.App. 309

Petition by respondent for discretionary review pursuant to G.S. 7A-31 allowed 5 October 2000.

CONDELLONE v. CONDELLONE

No. 344P98-2

Case below: 137 N.C.App. 547

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 October 2000.

DALTON v. CAMP

No. 495PA99-2

Case below: 138 N.C.App. 201

Petition by defendants (Camp and Millennium Communication Concepts, Inc.) for discretionary review pursuant to G.S. 7A-31: Issue I denied; Issues II and III allowed 5 October 2000. Justice Freeman recused.

ELWOOD v. HEILIG-MEYERS FURN. CO.

No. 314PA00

Case below: 138 N.C.App. 710

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 5 October 2000.